UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

                Plaintiff,

-against-

DUNCAN INTERIORS, INC., DUNCAN PARTNERS LLC, DEBRA A. SPYCHALSKY and JOHN DOES 1-3,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _3/7/2023_

22 Civ. 10562 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 10, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by March 6, 2023. ECF No. 7. To date, Defendants have not appeared in this action, and that submission is now overdue. Accordingly, by **March 21, 2023**, the parties shall submit their proposed case management plan, or Plaintiff shall advise the Court of its intentions with respect to the continuation of this action.

    SO ORDERED.

Dated: March 7, 2023
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge