UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

                    Plaintiff,

-against-

DUNCAN INTERIORS, INC., DUNCAN PARTNERS LLC, DEBRA A. SPYCHALSKY and JOHN DOES 1-3,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _5/31/2023_

22 Civ. 10562 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 28, 2023, the Court ordered Plaintiff to move for default judgment or otherwise advise the Court of its intentions with respect to the continuation of this action by May 30, 2023. ECF No. 43. That submission is now overdue. Accordingly, by **June 28, 2023**, Plaintiff shall move for default judgment or otherwise advise the Court of its intentions with respect to the continuation of this action.

    SO ORDERED.

Dated: May 31, 2023
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge