```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY        :
CO. OF AMERICA.,                     :
                                     :    22-CV-10562 (JGLC) (RWL)
                    Plaintiff,       :
                                     :
        - against -                  :          ORDER
                                     :
DUNCAN INTERIORS, INC. et al,        :
                                     :
                    Defendants.      :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court having been notified by Plaintiff that Defendant has filed for Chapter 7 Bankruptcy, this action is hereby STAYED pursuant to the automatic stay imposed under the bankruptcy law. Plaintiff shall file a status report every 90 days or within 7 days of the lifting of the automatic stay, whichever is earlier.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 7, 2024
       New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Defendants:

Debra A. Spychalsky
329 Ocean Ave.
Amityville, NY 11701

Duncan Interiors, INC.
237 West 35th Street
New York, NY 10001

Duncan Partners, LLC.
237 West 35th Street
New York, NY 10001