# DREIFUSS BONACCI & PARKER, PC
## ATTORNEYS AT LAW

David C. Dreifuss (NJ)
JoAnne M. Bonacci (NJ, NY & PA)
Paul H. Mandal (NJ & NY)

Paul M. McCormick (NJ & NY)
Robert Scheinbaum (NJ & NY)
Margaret A. Palmeri (NJ & NY)

26 Columbia Turnpike
*North Entrance*
Florham Park, New Jersey 07932

(973) 514-1414
Telefax (973) 514-5959

Writer's E-mail Address:
pmandal@dbplawfirm.com

*Please reply to New Jersey Office*

Five Penn Plaza
23rd Floor
New York, New York 10001
(646) 723-1010

100 South Juniper St.
Philadelphia, Pennsylvania 19107

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2024

May 31, 2024

Granted.
SO ORDERED:
6/3/2024
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF Filing**
Hon. Robert W. Lehrburger, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  **Travelers Casualty and Surety Company of America v. Duncan Interiors Inc**, *et al*
     1:22-cv-10562 (JGLC-RWL)

Dear Judge Lehrburger:

    This firm represents the Plaintiff, Travelers Casualty and Surety Company of America ("Travelers") in the above-referenced matter. Pursuant to this Court's May 17, 2024 Order, the Plaintiff was to advise the Court, by today, if the Court should proceed with the determination of damages based upon the current affidavit of Travelers' representative, Tim Snyder, or whether it wanted to instead file an updated declaration setting forth updated information and/or calculations. If the Plaintiff chose to do the latter, Plaintiff was to file an updated declaration with the letter.

    While Plaintiff wishes to update Mr. Snyder's Affidavit to incorporate increased attorneys' fees and costs, due to my vacation, I have been unable to coordinate with Mr. Snyder regarding an updated declaration. As such, I respectfully request a two-week extension of time to provide an updated declaration of Mr. Snyder.

    I thank the Court for its attention to this matter.

Respectfully submitted,
/s/ *Paul H. Mandal*
PAUL H. MANDAL

cc: Debra A. Spychalsky (via email dspee30@gmail.com)